**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BRANDON HOUSER, | : | |
| | : | Civil Action No. 17-1879 (CCC) |
| Plaintiff, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| SAMUEL REILLY, et al., | : | |
| | : | |
| Defendants. | : | |

**CECCHI, District Judge.**

WHEREAS on August 9, 2019, Plaintiff Brandon J. Houser filed an application to dismiss his complaint against all Defendants (ECF No. 24); and

WHEREAS the Court construes this letter as a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i); and

WHEREAS Federal Rule of Civil Procedure 41(a)(1)(A)(i) states that "Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]" Fed. R. Civ. P. 41(a)(1)(A)(i); and

WHEREAS Defendants have neither filed an answer nor a motion for summary judgment; and

WHEREAS "a filing under [Federal] Rule [of Civil Procedure 41(a)(1)(A)(i)] is a notice, not a motion. Its effect is automatic: the defendant does not file a response, and no order of the district court is needed to end the action." *In re Bath & Kitchen Fixtures Antitrust Litig.*, 535 F.3d 161, 165 (3d Cir. 2008); and

Accordingly, **IT IS** on this ____4____ day of October, 2019, in the interests of justice and for good cause shown:

**ORDERED** that Plaintiff terminated this matter on August 9, 2019 by filing a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i); and it is further

**ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that the Clerk shall serve a copy of this Order upon Plaintiff by regular mail, and shall **CLOSE** the file.

_____
Claire C. Cecchi, U.S.D.J.